M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

<u>ALFONZA GACHETT</u>           )        2007 OCT -9  A 10: 07
Full name and prison name of  )
Plaintiff(s)                  )        DEBRA P. HACKETT, CLK
                              )        U.S. DISTRICT COURT
v.                            )        MIDDLE DISTRICT ALA.  CIVIL ACTION NO. <u>2:07cv902 - WKW</u>
                              )        (To be supplied by Clerk of U.S. District
<u>County Commission</u>           )        Court)
<u>(Sheriff) Raymond Roger's</u>    )
<u>(Cheif Jailer) Curtis Prichett</u> )
<u>Dr. Saddiq</u>                  )
<u>(Jailer) Dorthy Thomas</u>       )
<u>(Jailer) Annie L Reynolds</u>    )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)           )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐    NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Bullock County Jail
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock County Jail Cell Block "B"
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
1. Mr Raymond Roger (SHERIFF)          114 Hardway Ave Union Spring's
2. Mr Cutis Prichett (Cheif Jailer)    Ala 36089
3. Dr Saddig (medical Doctor) for Jail      //        //
4. County Commission of (Bullock County)    //        //
5. Ms Dorthy Thomas (Jailer)                //        //
6. Ms Annie L Reymold's (Jailer)            //        //

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED October-8-2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendant's didn't sought medical treatment for my broken hand for three day's which cause me pain and suffering

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Oct-08-06 I fell in cell Block B from 2 frozen gallon jug's of leaking Water, that are kept on the floor for inmate's to Drink and injury (Broken) my hand from a fall from the leaking jug's, and was not taking for no medical treatment or given any for three day's Cause me pain and suffering, my condition requiring prompt action serious

GROUND TWO: Oct 11-06 Dr. Saddia refer me to xray, then refer to a surgeon that day, He wouldn't touch me or brace my hand at all, or give medication or any temporary relief from pain

SUPPORTING FACTS: Surgeon: Explain he only do surgey, Dr Saddia has to prescribe medication. I report to cheif Jailer the medication wasn't helping me at all for my pain, Cheif Jailer Explain Dr Saddia could and couldn't give me the medication i need for my pain, Cause he has to get ~~clear~~ approval from the District Attorney to get the medication i need due to my surgey for my pain

GROUND THREE: Defendants act cruel and unusual Punishment and Violation, by hinder or stop me from filing against the Jail and inmates and maintaining jail condition

SUPPORTING FACTS: I Jan 22-07 I was put in cell D known as (the hole) for mail i receive from middle District Court replyed by Cheif Jailer as he move me into Cell D, He later told my family it was for security reason, but continue to put inmate in the Cell with me i was held in "D" cell until 8-01-07, jail need paint, can't go outside sewage backing up, no windows at all (weld up with iron plate) inmate pass out medication, lack of security one jailer 12 hour shift Defendant's Don't Watch inmates take medication,

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To AWARD Me ~~Seventy Five Thousand Dollar's~~ $750,000.00 for Violation's of Civil Right's, To prove to the court for Justice And Relief, pain, Suffering, damage's, Attorney Fee's, Compensatory

*Alfonza Gachett*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Oct 3, 2007
(Date)

*Alfonza Gachett*
Signature of plaintiff(s)

ALFONZA GACHETT )
PLAINTIFF, )
 )
V. )
 ) CIVIL ACTION NO
 ) (clerk of U.S. District)
JOHNNIE MAE MARTIN (Jailer) ) 2:07cv902-WKW
RUBY THOMAS (Jailer) )
V HARRIS (Jailer) )
DEFENDANT'S, )

RECEIVED
2007 OCT -9 A 10:07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. THE Defendant's above are added to Violation of Constitutional Right on of Complaint form.

II. I question Cheif Jailer about getting law book or material in any way for legal work, I was denied and Cheif jailer replyed: We don't have to give you anything for legal matters, this is the County jail and not a state prison, you have to wait and do that when you get to prison

8-27-07   Time: 10:00 AM

I Alfonza Gachett ask Cheif Jailer Mr Curtis Prittcher for to show all assets, all receipts, expenditures and balances, durieng the last six months from this institutional from this county Jail? Mr. Prittcher Replyed: he was not going to do such thing, and not going to sign anything.

I Explain to him i wanted and need it for proof, to show what i have on the books here for the courts.

I Alfonza Gachett ask Cheif jailer could i get a Notary public or somebody that can notarized by Oath? I Explain it for the court. Cheif jailer Replyed i'an not going to get nobody, and not going to sign nothing.

I Alfonza Gachett ask Cheif jailer could i go back to the doctor? Cause my problem has not been Corrected, and was not giving a follow up on my condition Cheif jailer Replyed, No!

I Read all the above statements above and declare under penalty or perjury that the above statements are true and Correct and sign my name below as witness.

Executed on 8-27-07
Witness: Jason Williams
Witness: Jerome Smart
Witness x Alfonza Gachett



Mr Wuyoma Jackett
114 West Hardaway St.
Union Springs, Al 36089

Clerk, United State District Court
P.O. Box 711
Montgomery, Ala 36101