Gachett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Raymond Rogers, Sheriff
BULLOCK COUNTY JAIL
114 West Hardaway Avenue
Union Springs, AL 36089

2:07cv902 (Cmp/Order 40 dys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shirley Heard_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   Shirley Heard                10/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 5162

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Gachett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

V. Harris
Jailer
BULLOCK COUNTY JAIL
114 West Hardaway Avenue
Union Springs, AL 36089

2:07cv902 Cmp/Order 40 dys

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shirley Heard_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   Shirley Heard                10/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 5230

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Gachet

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Johnnie Mae Martin
Jailer
BULLOCK COUNTY JAIL
114 West Hardaway Avenue
Union Springs, AL 36089

2:07cv902 employee of Dep

2. Article Number
(Transfer from service label)   7007 1490 0000 0026 5216

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S. Heard    10/11

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes