Gachett

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shirley Jasper_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Shirly Jackson   C. Date of Delivery: 10/11/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |

County Commission of Bullock County
P. O. Box 472
Union Springs, AL 36089

☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

2:07CV902 (Cmpl order to ans)

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5247

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540