Gachett

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Curtis Prichett, Chief Jailer
BULLOCK COUNTY JAIL
114 West Hardaway Avenue
Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shirley Heard — ☐ Agent ☐ Addressee

B. Received by (Printed Name): S. Heard
C. Date of Delivery: 10/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:07cv902 complaint 40 days

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5179

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Gachett

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Annie L. Reynolds
Jailer
BULLOCK COUNTY JAIL
114 West Hardaway Avenue
Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shirley Heard — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Shirley Heard
C. Date of Delivery: 10/11/07

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:07cv902 complaint 40 days

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5209

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Gachett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Dr. Saddiq
Medical Doctor
BULLOCK COUNTY JAIL
114 West Hardaway Avenue
Union Springs, AL 36089

2:07cv902 Cmp/Order 40 dys

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shirley_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S. Beard                      10/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 1490 0000 0026 5186

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Gachett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Dorothy Thomas
Jailer
BULLOCK COUNTY JAIL
114 West Hardaway Avenue
Union Springs, AL 36089

2:07cv902 Cmp/Order 40 dys

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shirley_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S. Beard                      10/11

D. Is delivery address different from item 1? ☑ Yes
   delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 1490 0000 0026 5193

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Gachett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Ruby Thomas
Jailer
BULLOCK COUNTY JAIL
114 West Hardaway Avenue
Union Springs, AL 36089

2:07cv902  cmplaints 40 days

2. Article Number
(Transfer from service label)       7007 1490 0000 0026 5223

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shirley Heard  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): S Heard
C. Date of Delivery: 10/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540