**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ALFONZA GACHETT,** | ) |
| **# 160757** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 2:07-cv-902-WKW-[WO]** |
| | ) |
| **COUNTY COMMISSION OF** | ) |
| **BULLOCK COUNTY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COME NOW the Bullock County Commission, Sheriff Raymond Rogers, Chief Jailer Curtis Pritchett, Corrections Officer Dorothy Thomas, Corrections Officer Annie L. Reynolds, Corrections Officer Johnnie Mae Martin, Corrections Officer Ruby Thomas, and Corrections Officer Veronica Harris, the Defendants in the above-styled cause, and move this Honorable Court for an extension of time of thirty (30) days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

1.      On October 10, 2007, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before November 19, 2007. Defendants' Answers are also due on November 19, 2007.

2.      Counsel for the Defendants has not yet been able to meet with the Defendants and is in need of this additional time to fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

3.      In its Order of October 10, 2007, this Court specifically requested that ***"[i]n cases involving medical treatment claims, the defendant(s) shall provide an affidavit from a named defendant or health care professional which i) contains a detailed explanation of the treatment provided to the plaintiff, and ii) interprets the information contained in the medical records relevant to the claims presented in the complaint***." (October 10, 2007, Order, 2) (emphasis original). The Plaintiff alleges claims for deliberate indifference to his medical conditions in addition to his cruel and unusual punishment claim. The counsel for the Defendants has yet to obtain the Plaintiff's medical records and has not had an opportunity to meet with the physician who treated the Plaintiff, and is in need of this additional time to obtain an affidavit from this physician in order to comply with this Court's order of October 10, 2007.

4.      The Defendants have not previously requested an extension of time in this case.

5.      The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including December 19, 2007.

Respectfully submitted this 13th day of November, 2007.

**s/Winthrop E. Johnson**
WINTHROP E. JOHNSON Bar NO.  JOH086
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
wjohnson@webbeley.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the **13th** day of **November, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Alfonza Gachett, # 160757
        Bullock County Jail
        114 West Hardaway Avenue
        Union Springs, AL  36089

            **s/Winthrop E. Johnson**
            OF COUNSEL