IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONZA GACHETT, #160757 | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 2:07-CV-902-WKW-[WO] ) |
| COUNTY COMMISSION OF BULLOCK COUNTY, et al., | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR EXTENSION OF TIME ON BEHALF OF**
**TAHIR SIDDIQ, M.D., TO FILE SPECIAL REPORT AND ANSWER**

COMES NOW Defendant, **Tahir Siddiq, M.D.,** and moves this Honorable Court for an extension of time in which to file his Special Report and Answer. As grounds for said Motion, Defendant Dr. Siddiq states as follows:

1.	On October 10, 2007, the Court entered an Order directing all Defendants to file a Special Report in the above-styled cause on or before November 19, 2007. The Answer on behalf of Defendant Dr. Siddiq was also due on November 19, 2007.

2.	The certified mail was not addressed to Dr. Siddiq at his usual mailing address, but was served and signed for by employees of the Bullock County jail.

3.	Dr. Siddiq only recently received a copy of the Order of this Court and the attached Complaint.

4. Counsel for Defendant Dr. Siddiq has not been able to meet with Dr. Siddiq to obtain his medical record for treatment or any other documentation that may be relevant to this matter.

5. This Court entered an Order on November 14, 2007, granting the Bullock County Defendants' Motion for Extension of Time and giving them until December 19, 2007, to file their Answer, Affidavits, and other supporting documentation.

6. Defendant Dr. Siddiq requests that he be granted an extension of time until December 19, 2007, to file his Special Report and Answer, along with the Bullock County Defendants.

7. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, Defendant Tahir Siddiq, M.D., respectfully requests this Honorable Court grant his Motion for Extension of Time to file his Special Report and Answer up to and including December 19, 2007.

/s/ James E. Williams
JAMES E. WILLIAMS (ASB-9283-W84J)
Melton, Espy & Williams, PC
255 Dexter Avenue
Post Office Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
Facsimile: (334) 269-9515
jwilliams@mewlegal.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on the **3rd day of December, 2007**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Winthrop E. Johnson, Esq.
WEBB & ELEY, P.C.
wjohnson@webbeley.com

    I FURTHER CERTIFY that I have served a copy of the foregoing upon the Plaintiff, by mailing a copy of same to him on the **3rd day of December, 2007**, as follows:

    Alfonza Gachett, #160757
    Bullock County Jail
    114 West Hardaway Avenue
    Union Springs, AL   36089

                                /s/ James E. Williams
                                OF COUNSEL