IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONZA GACHETT, #160757, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-902-WKW |
| | ) |
| COUNTY COMMISSION OF BULLOCK COUNTY, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Saddiq on December 3, 2007 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.[1]  It is further

ORDERED that the aforementioned defendant be GRANTED an extension from November 19, 2007 to and including December 19, 2007 to file his special report and answer.

Done this 3rd day of December, 2007.

                                              /s/ Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] In this motion, counsel advises that the proper name of this defendant is Tahir Siddiq.