IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFONZA GACHETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COUNTY COMMISSION OF BULLOCK | ) |
| COUNTY, et al. | )    2:07cv00902-WKW |
| | ) |
| | ) |
|     Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, JOHNNIE MAE MARTIN, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[XX]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

   12-07-07                                                        s/
     Date                                Winthrop E. Johnson, Attorney for:
County Commission of Bullock County, Raymond Rogers, Curtis Prichett, Dorothy Thomas, Annie L. Reynolds, Johnnie Mae Martin, Ruby Thomas, V. Harris
WEBB & ELEY
7475 Halcyon Pointe Drive
Montgomery, AL 36117
Phone:334-262-1850
wjohnson@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **December 7, 2007,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

James E. Williams
Melton, Espy & Williams, PC
255 Dexter Avenue
Post Office Drawer 5130
Montgomery, AL 36103-5130

John W. Waters, Jr.
Attorney at Law
214 N. Prairie Street
Union Springs, AL  36089

      and I hereby certify that I have mailed the foregoing by United States Postal Service, first class postage prepaid, to the following non CM/ECF participants:

Mr. Alfonza Gachett, AIS 160757
Bullock County Jail
114 West Hardaway Avenue
Union Springs, AL  36089

                                    **s/Winthrop E. Johnson**
                                    OF COUNSEL