IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONZA GACHETT, #160757,                    )
                                             )
          Plaintiff,                         )
                                             )
v.                                           )    CASE NO. 2:07-CV-902-WKW
                                             )              [WO]
COUNTY COMMISSION OF BULLOCK                 )
COUNTY, et al.,                              )
                                             )
          Defendants,                        )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW TAHIR SIDDIQ, M.D., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or

- [ ] This party is a governmental entity, or

- [ ] There are no entities to be reported, or

- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                    _____

_____                    _____

_____                    _____


  12/19/07                                 /s/ James E. Williams
    Date                                   Counsel
                                           JAMES E. WILLIAMS (ASB-9283-W84J)
                                           Attorney for Defendant, **Tahir Siddiq, M.D.**
                                           MELTON, ESPY & WILLIAMS, PC
                                           255 Dexter Avenue
                                           Post Office Drawer 5130
                                           Montgomery, AL 36103-5130
                                           Telephone: (334) 263-6621
                                           Facsimile: (334) 269-9515
                                           jwilliams@mewlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on the **19TH day of December, 2007**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Winthrop E. Johnson, Esq.                     John W. Waters, Jr.
WEBB & ELEY, P.C.                             Attorney at Law
7475 Halcyon Pointe Drive                     214 North Prairie Street
Montgomery, AL   36117                        Union Springs, AL   36089
wjohnson@webbeley.com                         Watersjr@ustconline.net

I FURTHER CERTIFY that I have served a copy of the foregoing upon the Plaintiff, by mailing a copy of same to him on the **19TH day of December, 2007**,  as follows:

Alfonza Gachett, #160757
Bullock County Jail
114 West Hardaway Avenue
Union Springs, AL   36089

/s/ James E. Williams
OF COUNSEL