IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFONZA GACHETT, #160757 | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:07cv902-WKW |
| vs. | ) |
| | ) |
| COUNTY COMMISSION OF BULLOCK COUNTY, et al. | ) |
| | ) |
| Defendants. | ) |

DEFENDANTS' ANSWER

COME NOW the Bullock County Commission, Sheriff Raymond Rodgers, Chief Jailer Curtis Pritchett, Corrections Officer Dorothy Thomas, Corrections Officer Annie L. Reynolds, Corrections Officer Ruby Thomas, Corrections Officer Veronica Harris, and Corrections Officer Johnnie Mae Martin, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Alfonza Gachett, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

GROUND ONE

Denied.

GROUND TWO

Denied.

GROUND THREE

Denied.

Affirmative Defenses

1. Defendants assert lack of specificity of the Complaint.

2. Defendants assert Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act.

3. Defendants assert Eleventh Amendment Immunity.

4. Defendants assert Qualified Immunity.

5. Defendant Bullock County Commission asserts it is not a proper party.

6. Defendants reserve the right to supplement this Answer by adding additional affirmative defenses as the facts of this case are developed and if discovery is ordered by the Court.

Respectfully submitted this 19th day of December, 2007.

s/Winthrop E. Johnson
WINTHROP E. JOHNSON, Bar No. JOH086
Attorneys for Defendants Bullock County
Commission, Sheriff Rodgers, Administrator
Pritchett, Corrections Officer Ruby Thomas, Officer
Dorothy Thomas, Officer Annie Reynolds, Officer
Veronica Harris, Officer Martin
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  wjohnson@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the **19th day of December, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: **James E. Williams and J. Flynn Mozingo, Attorneys for Defendant Dr. Siddiq.**

      I also hereby certify that on the **19th day of December, 2007** I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

**Alfonza Gachett, AIS #160757**
**Bullock County Detention Center**
**114 West Hardaway Street**
**Union Springs, AL  36089**

                                                         s/Winthrop E. Johnson
                                                         OF COUNSEL