Case 2:07-CV-00902-WKW-CSC    Filed 12/10/2007    page 1 of 3

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

2007 DEC 20 A 9 43

DRA T. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALFONZA GACHETT, #160157    )
   Plaintiff    )
V.    ) CIVIL ACTION NO. 2:07-CV-902-WKW
COUNTY COMMISSION OF BULLOCK )
COUNTY, et al.,    )
   Defendants    )

## PLAINTIFF MOTION TO CORRECT DEFENDANTS DENIAL AND CONDUCT BEHAVIOR

COMES NOW plaintiff ALFONZA GACHETT and moves this Honorable court to correct County Commission of BULLOCK COUNTY, et al., from denial and conduct behavior in justice, to allow (plaintiff) GACHETT to make available proper lawbooks, cite, cases, statutes and any possible legal material. defendants act unnecessarily conduct behavior in condition to (plaintiff) GACHETT from seeking justice

(a) Defendants is not allowing (plaintiff) GACHETT with proper lawbooks, cite, cases, statutes or any legal material possible, preplex in obtaining justice.

(b) Defendants denial plaintiff GACHETT of all important request with negative, verbally, harshly and ignore (plaintiff) GACHETT when making known of any matter in inmate welfare

Case 2:07-CV-00902-WKW-CSC  Filed 12/10/2007    page 2 of 3

(C) Defendants is not allowing (plaintiff) GACHETT to a notary public or other authorized to notarized in legal procedure upon (plaintiff) GACHETT request

(Plaintiff) GACHETT is unprofessionally and perplex in filing this motion, and seeks to the best of plaintiff GACHETT knowledge and ability, and for good cause, in conditionally to be granted in this matter and manner of fairness and justice from the Honorable court

I (plaintiff) GACHETT submitted to the Honorable court that the defendants denial (plaintiff) GACHETT in unusual circumstance from Certificate of Service, but forward to the Honorable court in regard to accept as legal in condition

I hereby certify that on this the 10th day of December 2007 I have placed a true and correct copy of same by United States mail postage prepaid and addressed to the following regular mailing address to each of the following participants;

WINTHROP E. JOHNSON
WEBB & ELEY, P.C.
7475 HALCYON POINTE DRIVE
P.O. BOX 240909
MONTGOMERY, AL 36124

Case 2:07-CV-00902-WKW-CSC  Filed 12/10/2007    page 3 of 3

JAMES E. WILLIAMS
MELTON, ESPY & WILLIAMS, P.C.
255 DEXTER AVENUE
P.O. BOX DRAWER 5130
MONTGOMERY, AL  36103 - 5130

I declare under penalty of perjury that the foregoing is true and correct. Done this 10th day of December 2007

/s/ Alfonza Gackett

Plaintiff

Mr. Alfonzo Lockett
114 West Maranatha Ave
Union Springs, Al 36089

Office Of The Clerk
United States District Court
P O Box 711
Montgomery, Al 36101-0711

36101+0711

MONTGOMERY AL 361
19 DEC 2007 PM 2 L

HAPPY HOLIDAYS