IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONZA GACHETT, #160757, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-902-WKW |
| | ) |
| COUNTY COMMISSION OF BULLOCK COUNTY, et al., | ) ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on December 20, 2007 (Court Doc. No. 29), which the court construes as a motion for order, and for good cause, it is

ORDERED that the motion for order be and is hereby DENIED. It is further

ORDERED that the plaintiff be GRANTED an extension from January 9, 2008 to and including January 18, 2008 to file a response to the defendants' special reports.

Done this 7th day of January, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE