Case No. 2:07-CV-00902-WKW   Filed 1/13/2008   page 1 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

ALFONZA GACHETT, #160757  
   Plaintiff  

VS.   CIVIL ACTION NO. 2:07-CV-902-WKW

COUNTY COMMISSION OF  
BULLOCK COUNTY, et al.  
   Defendants

__PLAINTIFF MOTION TO APPEAR OR OTHER WAYS TO RECTIFY AND ANSWER ALL DEFENDANTS, PLAINTIFF IS UNABLE TO DO SO UNDER CONDITIONS AND CIRCUMSTANCES TO RESPOND__

Come Now Plaintiff ALFONZA GACHETT and moves this Honorable court and review and accept and treat plaintiff pleading as a response under conditions and circumstances and not as a failure or abandonment and for good cause, supporting grounds as follow.

(1) Plaintiff can't write with right hand only for a short period of time, cause of extreme pain in right hand from injury hand that plaintiff write with

(2) Authority denial Plaintiff from proper place to do,

Case NO. 2:07-CV-00902-WKW   Filed 1/13/2008   page 2 of 3

legal work

③ Defendants denial Plaintiff for lawbooks upon request

④ Defendants denial Plaintiff to a notary public or other authorized upon request

⑤ Plaintiff has no funds or ways to obtain legal material for as paper, postage stamps, but request from Defendants and were denial from obtaining legal material

⑥ Plaintiff legal mail are given to plaintiff a week and day's later from arrive post date.

⑦ Defendants was made known of all above statements request and condition and circumstances over and over again by plaintiff but failure to comply in this legal matters

I ALFONZA GACHETT under penalty of perjury that the above statements are true and correct and sign my name below as witness

/s/ Alfonza Sackett

Case: 2:07-CV-00902-WKW    Filed 1/03/2008   page 3 of 3

I hereby certify that on this 13 day of January, I have placed a true and correct copy to the Clerk of the United States postage prepaid mail and addressed to the following regular mailing address to each of the following participants:

WEBB & ELEY P.C.
7475 HALCYON POINTE DRIVE
P.O. BOX 240909
MONTGOMERY AL 36124

JAMES E WILLIAMS, P.C.
MELTON ESPY & WILLIAMS P.C.
255 DEXTER AVENUE
POST OFFICE DRAWER 5130
MONTGOMERY AL 36103-5130

/S/ Alfonza Gachett
    Plaintiff

Mr Alfonza Gachett
114 West Hardway Avenue
Union Springs AL 36089



To The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711