IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONZA GACHETT, AIS # 160757, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION NO. 2:07cv902-WKW |
| | ) |
| COUNTY COMMISSION OF | ) |
| BULLOCK COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 19, 2007, the correctional defendants filed a special report (Doc. No. 26), in which they assert that the plaintiff failed to exhaust his administrative remedies. As support for this argument, the defendants submitted the affidavit of Jail Administrator Curtis Pritchett, in which he alleges that internal grievances procedures are available to inmates and that the plaintiff did not file a grievance with the Bullock County Detention Center concerning his medical complaints or any jail conditions. The defendants, however, also submitted the affidavit of Sheriff Raymond Rodgers, in which he states that the "Bullock County Detention Center does not have a written Grievance Procedure." Accordingly, it is

ORDERED that, on or before April 3, 2008, the jail defendants shall advise whether the Bullock County Detention Facility has an internal grievance procedure and provide copies of any written documentation which advises inmates of the grievance procedures in place at the jail, such as an inmate handbook.

Done this 20th$^{th}$ day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE