Case 2:07-CV-00902-WKW-CSC    Filed 4-13-08    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONZA GACHETT, #160257 )
    Plaintiff )
VS. ) Case No. 207-CV-902-WKW
COUNTY COMMISSION OF )
BULLOCK COUNTY, et al., )
    Defendants )

__MOTION FOR EXTENSION OF TIME ON BEHALF OF PLAINTIFF
ALFONZA GACHETT TO RESPONSE TO DEFENDANTS SPECIAL REPORTS__

COME NOW Plaintiff ALFONZA GACHETT and moves this Honorable Court for an extension of time to response, as grounds for said motion plaintiff ALFONZA GACHETT states as follow:

(1) Plaintiff receive as mailed form the court, late given the plaintiff mail from the court pretaining response to the defendants special report, Plaintiff receive and/or given mail at a later day from arrival, Plaintiff was given mail 4 days of it arrive.

(2) Plaintiff request from defendants to provide a notary public or other authorized officer to affirmation to affidavit the plaintiff under oath sworn statements,

(3) Defendants failed to provide the plaintiff with a notary public or other authorized officer.

(4) Plaintiff wait for a notary public or other authorized officer to affirmation of plaintiff response as order.

Case 2:07-cv-00902-WKW-CSS    Filed 4-13-08    page 2 of 2

(5) Plaintiff made known to the defendants upon receiving mail to response that Plaintiff in need of a notary public or authorized officer to affirmation of plaintiff to response in timely to defendants special reports.

(6) THE defendants will not be prejudiced by the requested extension.

## CERTIFICATE OF SERVICE

I hereby cerify that on this the 13th day of April, 2008 I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid to the following participants:

Winthrop E. Johnson
Attorney for County Commission
of Bullock County et al.,
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery AL, 36124

James E. Williams
Consel for Tahir Siddiq M.D.
Melton, Espy &
Williams, P.C.
Post Office Box 5130
Montgomery AL, 36103

I further cerify a ~~copy~~ mailed a true and correct copy of the foregoing by United States mail, postage prepaid to the office of the Clerk of United States District Court of same on the 13th day of April, 2008

Respectfully Plaintiff request this honorable Court to grant Motion for extension of time to reponse to defendants special reports respectfully subbitted and done this 13th day of April, 2008.

ALFONZA GACHETT #160157
s/ Alfonza Gachett
Plaintiff

Mr Alfonzo Buckhalt
1141 West Monterey St
Green Spring, CA 36089

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101-0711



17 APR 2008 PM 1 T
MONTGOMERY AL 361

USA FIRST-CLASS FOREVER