Case: 2:07-CV-00902-WKW-CSC    Filed 6/02/2008  Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONZA GACHETT )
  Plaintiff )
  VS ) CIVIL ACTION NO. 2:07-CV-902-WKW
COUNTY COMMISSION OF BULLOCK )
COUNTY, et al., )
  defendants )

## PLAINTIFF MOTION FOR EXTENSION OF TIME TO FILE A WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE

Come Now plaintiff ALFONZA GACHETT in the above-styled cause, and move this Honorable Court for extention of time to file a written objections to the proposed findings and recommendations of the magistrate judge, as grounds for said motion, the plaintiff states as follows:

(1) plaintiff received recommendation of the Magistrate judge late from detention Center (Jail staff) from the post date mail, plaintiff received mail May 30, 2008

(2) plaintiff at times are unable to write (only a short period of time) cause hand injuries plaintiff write with.

Plaintiff GACHETT respectfully request this Honorable Court grant his Motion for extension of time to filed, and for good cause. Submitted June 2, 2008

Case 2:07-CV-00902-WKW-CSC    filed 6/2/2008    page 2 of 2

ALFONZA GACHETT
114 West Hardway St
Union Springs Ala 36089
/S/ *Alfonza Gachett*

Mr Alfonza Gachett
114 West Hardway St
Union Springs, Al 36089

MONTGOMERY AL 361
03 JUN 2008 PM 2 T

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711