IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFONZA GACHETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-902-WKW |
| | ) | [wo] |
| COUNTY COMMISSION OF BULLOCK | ) | |
| COUNTY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 23, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.   (Doc. # 38).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED:

1.    The Recommendation of the Magistrate Judge (Doc. # 38) is ADOPTED.

2.    The defendants' motions for summary judgment (Docs. # 23 & # 26) are GRANTED.

3.    The plaintiff's federal claims are DISMISSED with prejudice.

4.    The plaintiff's state law claims are DISMISSED without prejudice.

5.    This case is hereby DISMISSED.

6.    The costs of this proceeding are TAXED against the plaintiff.

Done this 23rd day of June 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE