page 1 of 2

Case :207-cv-00902-WKW-csc

file 18, of July 2008

RECEIVED

2008 JUL 23 A 10: 36

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONZA GACHETT #160257 )
　　Plaintiff　　　　　　　　)
　　V.　　　　　　　　　　　) CIVIL ACTION NO. 207-CV-902-WKW
COUNTY COMMISSION OF　　　)
BULLOCK COUNTY, et al.,　 )
　　defendants　　　　　　　 )

## PLAINTIFF OBJECTIONS TO THE FINDINGS IN THE MAGIS-TRATE JUDGE'S RECOMMENDATION.

(1) Plaintiff objections to all the findings

(2) Plaintiff received recommendation from the BULLOCK County Jail

(3) Plaintiff are unable to write, only a short period of time Cause of injury to right hand plaintiff write with,

(4) THE Court failed to response to plaintiff motion to make a personal appearence (in person) or ways to rectify to defendants reports and/or order from the court, Cause of plaintiff injury hand,

## PLAINTIFF MOTION TO APPEALS IN LETTER FORMAT

Plaintiff re-file said pleading with the Court and/or After the referenced deficiency has been corrected, ████████ Appeals pursuant to 28 U.S.C § 1992 plaintiff' MOTION

Case : 2:07-CV-00902-WKW-CSC                    page 2 of 2

to Appeals

PLAINTIFF NOTICE OF NEW ADDRESS
Plaintiff new change of address ;
Mail to : ALFONZA GACHETT #160757
          P.O. BOX 150      Dorm B, Bed 38-A
          Mt Meigs Rd
          Montgomery AL  36057

PLAINTIFF Also forward by mail postage prepaid to
the following particisants ;

(1) WINTHROPE E JOHNSON
    WEBB & ELEY P.C.
    7475 HALCYON POINTE DRIVE
    MONTGOMERY, AL  36124

(2) JAMES E WILLIAMS
    MELTON, ESPY & WILLIAMS P.C.
    P.O. BOX 5130
    Montgomery, AL 36103

Certificate of Services,  Done July 18, 2008

                          /S/ Alfonza Gachett  July 18, 2008

Mr Alfonza Gachett #160757
P.O. Box 150 mt meigs
Montgomery, Al 36057

MONTGOMERY AL 361

22 JUL 2008 PM 3 L

Office of The Clerk
P.O. Box 711
Montgomery, Al 36101-0711

36101+0711