IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONZA GACHETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-902-WKW |
| ) | |
| COUNTY COMMISSION OF BULLOCK ) | |
| COUNTY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 23, 2008, the court adopted the Recommendation of the Magistrate Judge, dismissed the plaintiff's claims, and entered final judgment in favor of the defendants. (*See* Docs. # 41 & # 42.) On July 23, 2008, the plaintiff filed an Objection to the Findings in the Magistrate Judge's Recommendation (Doc. # 43.) It is ORDERED that the plaintiff's Objection is OVERRULED because it was filed out of time. In the same document, the plaintiff has made a Motion to Appeals [sic] in Letter Format, which the court construes as a Notice of Appeal.

Done this 29th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE