Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

August 07, 2008

**Appeal Number: 08-14365-B**
Case Style: Alfonza Gachett
District Court Number:  07-00902 CV-N

TO:   Alfonza Gachett (160757)

CC:   Debra P. Hackett

CC:   Winthrop E. Johnson

CC:   James Flynn Mozingo

CC:   James Eugene Williams

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 07, 2008

Alfonza Gachett (160757)
Kilby CF
PO BOX 150
MOUNT MEIGS  AL  36057-0150

**Appeal Number: 08-14365-B**
Case Style: Alfonza Gachett
District Court Number:  07-00902 CV-N

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning payment of the required docket and filing fees by appellant, we will advise you regarding further requirements.

Upon entry of an order concerning payment of the required docket and filing fees by appellant, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days.  Appearance forms are available on the Internet at www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

c: District Court Clerk

PLRA-1(11-2007)