Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

August 28, 2008

**Appeal Number: 08-14365-B**
Case Style: Alfonza Gachett v. County Commission
District Court Number: 07-00902 CV-N

TO: Alfonza Gachett (160757)

CC: Winthrop E. Johnson

CC: James Flynn Mozingo

CC: Debra P. Hackett

CC: James Eugene Williams

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 28, 2008

Alfonza Gachett (160757)
Kilby CF
PO BOX 150
MOUNT MEIGS  AL  36057-0150

**Appeal Number: 08-14365-B**
Case Style: Alfonza Gachett v. County Commission
District Court Number:  07-00902 CV-N

The referenced case was docketed in this court on August 4, 2008.
Please use the appellate docket number noted above when making inquiries. Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court appointed-counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, or move in the district court for relief from the obligation to pay in advance the total $455 fee [See 28 U.S.C. § 1915]. If the district court denies such relief, appellant may file in this court a motion for such relief.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

\* This letter rescinds this Court's letter issued August 7, 2008.

DKT-2 (11-2007)